IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MAURICIA MARQUEZ, LORRENA MARQUEZ HAMILTON, JOSE MARQUEZ, JR., AND ERIC MARQUEZ, INDIVIDUALLY AND ON BEHALF OF JOSE MARQUEZ, DECEASED, *Plaintiffs*, V. SETTLEMENT HEALTHCARE, LLC d/b/a WEST SIDE CAMPUS OF CARE and OASIS HCP 2, LLC, *Defendants*. | § § § § § § § § § § § § § § § | C.A. No. 4:21-cv-582 |

## JOINT SETTLEMENT REPORT

Pursuant to L.R. 16.3 and this Court's Scheduling Order [Dkt. 9], the Parties hereby file this Joint Settlement Report:

On March 28, 2022, Plaintiffs, represented by their counsel, as well as Defendants, represented by counsel and an authorized representative of Defendants' insurance carrier, with authority to settle this matter, met for purposes of settlement discussions. Because of a pending Motion for Summary Judgment in this lawsuit, the Parties were not able to come to agreement on settlement.

Respectfully submitted,

/s/ Emily Taylor
Nuru Witherspoon
State Bar No. 24039244
witherspoon@twlglawyers.com
Emily Taylor
State Bar No. 24046951
taylor@twlglawyers.com
THE WITHERSPOON LAW GROUP

5565 Deer Creek, Unit A
Dallas, Texas 75228
Telephone: (214) 773-1133
Facsimile:  (972) 696-9982

**ATTORNEYS FOR PLAINTIFFS**

/s/ Chastiti N. Horne
Chastiti N. Horne
State Bar No. 24007385
chorne@hrmlawyers.com
HORNE ROTA MOOS, LLP
2777 Allen Parkway, Suite 1200
Houston, Texas 77019-2141
Telephone: (713) 333-4500
Facsimile:  (713) 333-4600

William D. Taylor
State Bar No. 24046954
wtaylor@taylorandtaylorlaw.com
TAYLOR & TAYLOR LAW, P.C.
4115 Highgrove Dr.
Arlington, Texas 76001
Telephone: (817) 483-8388
Facsimile:  (817) 483-8390

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on April 4, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the e-mail addresses on the electronic mail notice list, and a copy was sent, via electronic mail, to:

Chastiti N. Horne
chorne@hrmlawyers.com
Kaitlyn E. Tucker
ktucker@hrmlawyers.com
HORNE ROTA MOOS, LLP
2777 Allen Parkway, Suite 1200
Houston, Texas 77019-2141
Telephone: (713) 333-4500
Facsimile:  (713) 333-4600

William D. Taylor
State Bar No. 24046954)
wtaylor@taylorandtaylorlaw.com
TAYLOR & TAYLOR LAW, P.C.
4115 Highgrove Dr.
Arlington, Texas 76001
Telephone: (817) 483-8388
Facsimile:  (817) 483-8390

**ATTORNEYS FOR DEFENDANTS**

/s/ Emily Taylor
*Attorneys for Plaintiffs*