IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MAURICIA MARQUEZ, LORRENA MARQUEZ HAMILTON, JOSE MARQUEZ, JR., AND ERIC MARQUEZ, INDIVIDUALLY AND ON BEHALF OF JOSE MARQUEZ, DECEASED,<br>   *Plaintiffs*,<br><br>V.<br><br>SETTLEMENT HEALTHCARE, LLC d/b/a WEST SIDE CAMPUS OF CARE and OASIS HCP 2, LLC,<br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 4:21-cv-582 |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs MAURICIA MARQUEZ, LORRENA, MARQUEZ HAMILTON, JOSE MARQUEZ, JR., AND ERIC MARQUEZ, individually and on behalf of JOSE MARQUEZ, deceased, and Defendants SETTLEMENT HEALTHCARE, LLC d/b/a WESTSIDE CAMPUS OF CARE and OASIS HCP 2, LLC, hereby file this Joint Notice of Settlement, informing the Court that this matter has been fully resolved and settled by the parties and the trial setting should be vacated. The Plaintiffs will be filing a Satisfaction of Judgment and Voluntary Dismissal upon receipt and execution of the Settlement Agreement and Release and settlement proceeds forthcoming from Defendants.

Respectfully submitted,

/s/ Emily Taylor
Nuru Witherspoon
State Bar No. 24039244
witherspoon@twlglawyers.com
Emily Taylor
State Bar No. 24046951

JOINT NOTICE OF SETTLEMENT - Page **1** of **3**

taylor@twlglawyers.com
THE WITHERSPOON LAW GROUP
5565 Deer Creek, Unit A
Dallas, Texas 75228
Telephone: (214) 773-1133
Facsimile:  (972) 696-9982

**ATTORNEYS FOR PLAINTIFFS**

/s/ Chastiti N. Horne
Chastiti N. Horne
State Bar No. 24007385
chorne@hrmlawyers.com
HORNE ROTA MOOS, LLP
2777 Allen Parkway, Suite 1200
Houston, Texas 77019-2141
Telephone: (713) 333-4500
Facsimile:  (713) 333-4600

William D. Taylor
State Bar No. 24046954)
wtaylor@taylorandtaylorlaw.com
TAYLOR & TAYLOR LAW, P.C.
4115 Highgrove Dr.
Arlington, Texas 76001
Telephone: (817) 483-8388
Facsimile:  (817) 483-8390

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that on April 8, 2022, the foregoing was served via electronic mail to the following counsel of record:

Chastiti N. Horne
chorne@hrmlawyers.com
Kaitlyn E. Tucker
ktucker@hrmlawyers.com
HORNE ROTA MOOS, LLP
2777 Allen Parkway, Suite 1200
Houston, Texas 77019-2141
Telephone: (713) 333-4500
Facsimile:  (713) 333-4600

William D. Taylor
State Bar No. 24046954)
wtaylor@taylorandtaylorlaw.com
TAYLOR & TAYLOR LAW, P.C.
4115 Highgrove Dr.
Arlington, Texas 76001
Telephone: (817) 483-8388
Facsimile:  (817) 483-8390

**ATTORNEYS FOR DEFENDANTS**

/s/ Emily Taylor
*Attorneys for Plaintiffs*